| | | | |
|---|---|---|---|
| Case Number: | 18-22615-WIL | Debtor(s): | YAW G AYIM |
| Petition Filing Date: | 9/24/2018 | | |
| Plan Filing Date: | 10/10/2018 | Counsel: | N DAVID ETOKEBE |
| First Payment: | 10/24/2018 | Phone #: | 0000000000 |
| Confirmation Date and Time: | 12/11/2018 10:00 AM | E-Mail: | nde@ask-lawyers.net |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | Nov 8 2018 9:30AM | First Meeting Complete? | Concluded |
| ☒ Photo ID & SSN Verified | | Continued 341 Date: | 1/1/1900 |
| Prior Bkys | ☐ No ☒ Yes | Continued Confirmation Date: | 1/1/1900 |
| Present Creditors: | | ☐ CH7 | ☒ CH13 Year Filed 2013, 2018 D/M |

| | |
|---|---|
| Performance: | Mtge. not pd (foreclosed)<br>Car pd<br>pp not pd (Oct. due) |
| Income/DI: | D SE; Veteran Group of Companies, LLC; government contractor-communications (2-1099 FT employees) D's NFS also works w/D<br>NEED P&L stmts., bus. bank accts. completed bus. questionnaire<br>D leases building-NEED copy of lease; inventory list (computers), (D sub-lets bus. lease from individual) |
| Tax/Refund History: | $16,000 liab. for 2016 taxes<br>NEED 15 fed & state TRs<br>NEED 14, 16 state TRs<br>NEED to pay qtrly. est. taxes |
| Expense Verification: | $2,434 mtge.-NEED to find rental<br>$750 13 BMW-p/o 1-yr ($16,000 bal.)-pd through plan<br>$500 SL-current-NEED proof<br>$1,400 utilities-too high-Reduce to 12-mo. avg.<br>$800 cell/internet/cable now $400<br>Food high-NEED to reduce<br>$500 med/dental exp.<br>No pets listed on J-T'ee objects to pet ins.<br>$800 transp. exp.-NEED to reduce<br>Life ins. exp. has been removed |
| Chapter 7 Liquidation: | RE: Sole-Rattan Ct.<br>2-M&T accounts; one bus. one personal<br>NEED bank stmts. for both |
| Amended Plan: | Currently underfunded<br>delete para. 4.6.2. mtge. & BMW arrears<br>para. 4.6.3 value BMW, NEED to service properly<br>para. 4.6.5. delete Nationstar arrears<br>CarMax listed in plan and also o/s-conflict<br>TX higher Nationstars arrears per C#2<br>para. 7 checked but no provision<br>para. 9 checked but no provision |
| Amended Schedules: | SOFA-add bus. (TAL bus.; separate bus. for small contracts)<br>Clarify para. 4 on SOFA |
| Motion/Objections: | MTV BMW through plan |
| Other: | Married, 21-y/o daughter in college |

Meeting Conducted By: Nancy Spencer Grigsby, Trustee

Reviewed By: Nancy Spencer Grigsby, Trustee

Reviewed Date: 11/16/18

| | | | | |
|---|---|---|---|---|
| Date and Time: | 1/1/1900 | 1St Conf Hearing: 12/11/2018 10:00 AM | E-mailed | ☐ Yes ☐ No |
| Petition Filing Date: | 9/24/2018 | Bar Date: 01/17/2019 | No. of Hearings | |